**Peggie BURG, Plaintiff—Appellant,**

v.

**Bernardo P. VELASCO, individually and in the capacity of Magistrate/Judge for the Superior Court of Arizona, in and for the County of Pima, State of Arizona, Defendant—Appellee.**

No. 01–15981.
D.C. No. CV–00–00549–JWS.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Oct. 15, 2001.*
Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

### MEMORANDUM **

Peggie Burg appeals pro se the district court's dismissal of her 42 U.S.C. § 1983 action, seeking damages based on her allegations that then-state court Judge Velasco violated her constitutional rights when he dismissed her state malpractice action and refused to allow Burg to be represent-ed by a person not admitted to the Arizona state bar.

Judges are absolutely immune from civil liability for damages for acts performed in their judicial capacity. *See Duvall v. County of Kitsap,* 260 F.3d 1124, 1133 (9th Cir.2001). Because Burg complained only of Judge Velasco's judicial acts, the district court properly concluded that Burg's claims were barred by absolute judicial immunity. *Id.*

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

